```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    PAUL HEMESATH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. S-12-00315 KJM
12           Plaintiff,          )
                                 )  STIPULATION AND PROTECTIVE
13                               )  ORDER REGARDING DISSEMINATION
         v.                      )  OF DISCOVERY DOCUMENTS
14                               )  CONTAINING PERSONAL
    LEE LOOMIS, JOHN HAGENER,    )  IDENTIFICATION INFORMATION
15  and DAWN C. POWERS,          )
                                 )
16           Defendants.         )
                                 )
17
18
19       IT IS HEREBY STIPULATED AND AGREED among the parties and
20  their respective counsel, Todd D. Leras and Paul Hemesath,
21  Assistant United States Attorneys, on behalf of the government,
22  Douglas Beevers, Assistant Federal Defender, on behalf of
23  defendant Lee Loomis, Attorney William J. Portanova on behalf of
24  defendant John Hagener, and Christopher Haydn-Myer on behalf of
25  defendant Dawn Powers, that the documents to be provided as
26  discovery in this case are subject to a Protective Order.
27       Defendants are charged with various mail and wire fraud
28  offenses related to an alleged scheme to acquire real property on
```

1

behalf of numerous investors.  The parties agree that discovery in the case necessarily contains Protected Information.  The phrase "Protected Information" as used in this stipulation and order includes investor Social Security Numbers, Driver's License Numbers, dates of birth, addresses, telephone numbers, e-mail addresses, and any other personal or financial identifying information.  This Protective Order extends to all documents provided by the government to defense counsel in this case, including those items related to conduct not charged in the Indictment.

By signing this Stipulation and Protective Order, defense counsel agree not to share any documents containing Protected Information in unredacted form with any person other than primary counsel, assisting counsel, designated defense investigators, and support staff.  Defense counsel may allow their clients to view unredacted documents in the presence of their respective attorneys, investigators and/or appropriate support staff.

The parties further agree that defense counsel, investigators, and support staff shall not permit any defendant to copy, either in writing or by other means, Protected Information contained in the discovery.  Defense counsel, investigators and support staff may provide their respective clients with copies of documents from which all Protected Information has been redacted.

In the event that any defendant substitutes counsel, the undersigned attorneys agree to withhold documents containing Protected Information from new counsel until such time as substituted counsel agrees to be bound by this Protective Order.

1  This stipulation and protective order has been provided to
2  defense counsel for their review.  Following review of its
3  contents, Assistant U.S. Attorney Todd Leras has been authorized
4  via e-mail to sign this stipulation on behalf of Attorney William
5  J. Portanova, Attorney Christopher Haydn-Myer and Assistant
6  Federal Defender Douglas Beevers.

DATED: September 27, 2012        By:   /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: September 27, 2012        By:   /s/ Paul Hemesath
                                 PAUL HEMESATH
                                 Assistant U.S. Attorney

DATED: September 27, 2012        By:  /s/ Todd D. Leras for
                                 DOUGLAS BEEVERS
                                 Attorney for Defendant
                                 LEE LOOMIS

DATED: September 27, 2012        By: /s/ Todd D. Leras for
                                 WILLIAM J. PORTANOVA
                                 Attorney for Defendant
                                 JOHN HAGENER

DATED: September 27, 2012        By: /s/ Todd D. Leras for
                                 CHRISTOPHER HAYDN-MYER
                                 Attorney for Defendant
                                 DAWN C. POWERS

1    FOR GOOD CAUSE SHOWN, pursuant to the stipulation of
2 counsel, Protected Information provided to defense counsel by the
3 government as discovery in Case Number S-12-315 KJM shall:
4    1.  Be shared in unredacted format only among primary
5 counsel, assisting counsel, designated defense investigators, and
6 support staff;
7    2.  Be viewed by a defendant in unredacted format only in
8 the presence of his or her attorney, investigator, and/or
9 appropriate support staff; and
10   3.  Be provided to a defendant only in a copy from which all
11 Protected Information has been redacted.
12   No person shall permit a Defendant to copy, either in
13 writing or by other means, Protected Information contained in the
14 discovery.  No person shall provide substitute counsel with
15 documents containing Protected Information until such time as
16 substitute counsel has agreed to be bound by this Protective
17 Order.
18   IT IS SO ORDERED
19 Date:  September 28, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE