WILLLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for John Hagener

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR 00315 KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER RE: POSTING OF BOND** |
| **)** | |
| v. ) | |
| ) | |
| JOHN HAGENER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Todd Leras, Assistant United States Attorney, attorney for the plaintiff, that the secured property bond previously ordered to be filed by this date, October 12, 2012 is ordered to be filed on or before December 12, 2012.

This continuance is necessitated by the ongoing process of the refinancing of the property.

///

///

The defendant is to remain on the previously submitted unsecured bond of One Million Dollars ($1,000,000.00) signed by himself and Maria Hagener. All other terms and conditions of the defendant's pre-trial release shall remain in effect.

**IT IS SO STIPULATED.**

DATED: October 12, 2012        /s/ William J. Portanova

                                                                   _____
                                                                   WILLIAM J. PORTANOVA
                                                                   Attorney for John Hagener


DATED: October 12, 2012        /s/ Todd Leras by WJP

                                                                   _____
                                                                   TODD LERAS
                                                                   Assistant United States Attorney


**IT IS SO ORDERED.**

DATED: October 15, 2012        _____
                                                                   EDMUND F. BRENNAN
                                                                   UNITED STATES MAGISTRATE JUDGE