HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
DAWN C. POWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 12-315-JAM |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PRESENCE |
| DAWN C. POWERS, | |
| Defendant. | |

Defendant, DAWN C. POWERS, hereby waives the right to be in person in open court upon the hearing of any motion or to her proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the court

may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: January 7, 2013

/s/Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
DAWN C. POWERS

Dated: January 7, 2013        I consent to the above waiver of presence.

/s/ Christopher Haydn-Myer for
DAWN C. POWERS

DATED: 1/7/2013

I approve of the above waiver of presence.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge