THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Michael Llamas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LEE LOOMIS, et al.,<br><br>Defendants. | Case No.: 2:12-cr-00315-JAM<br><br>DEFENDANT'S WAIVER OF APPEARANCE |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the Defendant, Michael Llamas, hereby waives the right to be personally present in open court upon the hearing of any motion or other proceeding in this case, except for any proceeding which Defendant's presence is required such as a plea, any proceeding during the trial, and sentencing or any court appearance which the Court orders Defendant to be present. Defendant hereby requests the Court to proceed during every absence of his presence which the Court may permit pursuant to this waiver. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if Defendant were personally present, and further agrees to be present in court ready for trial any day and time the Court may arrange in his absence.

The Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without Defendant being present.

DATE: March 19, 2013                /s/  Michael Llamas
                                    MICHAEL LLAMAS
                                    Defendant

I agree with and consent to my client's waiver of appearance.

DATE: March 19, 2013
                                     /s/   Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for Michael Llamas

## **ORDER**

It is so ordered.

Dated: 3/19/2013                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge